IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA MURPHY                                                              PLAINTIFF
ADC #760343

v.                         No. 1:12-cv-72-DPM-JTK

MAPELS, Warden, Grimes Unit, ADC;
FAUST, Warden, McPherson Unit, ADC;
BLAIR, ARO, McPherson Unit, ADC;
PASCHAL, Correctional Officer, McPherson
Unit, ADC; HOGAN, Correctional Officer,
McPherson Unit, ADC; JUSTINE MINOR,
Disciplinary Hearing Officer, ADC; RAY HOBBS,
Director, Arkansas Department of Correction; and
HAMILTON, Sgt., McPherson Unit, ADC                         DEFENDANTS

ORDER

Murphy's motion to voluntarily dismiss, *Document No. 5*, is granted.

FED. R. CIV. P. 41(a). Murphy's complaint is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 August 2012